UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No: C 09-04867 SBA<br><br>**ORDER**<br><br>Docket 25, 40 |

On March 25, 2013, the Court granted in part and denied in part Plaintiff's motion for leave to file an amended complaint. Dkt. 49. On April 1, 2013, Plaintiff filed a first amended complaint. Accordingly, Defendant's motion for judgment on the pleadings (Dkt. 25) is DENIED as MOOT. Plaintiff's motion for leave to file a surreply to Defendant's motion for judgment on the pleadings is also DENIED as MOOT. This Order terminates Docket 25 and Docket 40.

　　　IT IS SO ORDERED.

Dated: 4/11/13

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC. et al,

        Defendant.

                                                          /

                                                     Case Number: CV09-04867 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: April 11, 2013
                                       Richard W. Wieking, Clerk

                                            By: Lisa Clark, Deputy Clerk