Kamlesh Banga
P. O. Box 6025
Vallejo, CA 94591

Plaintiff in Pro Per
(707) 342-1692

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>And Does 1 through 10 inclusive<br><br>Defendants. | CASE NO.: 4:09-cv-4867 - SBA<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED:

1. That Pursuant to Local Rules 7-11 and 79-5, the following documents shall be filed under seal:

Exhibit "C" attached to Plaintiff's Sur-reply Declaration in support of her Motion for Leave to File a Sur-Reply.

Dated: April 11 2013        By: _____
                                HONORABLE SAUNDRA. B. ARMSTRONG
                                UNITED STATES JUDGE OF NORTHERN
                                DISTRICT OF CALIFORNIA