Kamlesh Banga
P. O. Box 6025
Vallejo, CA 94591

Plaintiff in Pro Per
(707) 342-1692

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA, | CASE NO.: 4:09-cv-4867 - SBA |
| Plaintiff, | |
| | [PROPOSED] ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, And Does 1 through 10 inclusive | |
| Defendants. | |

**IT IS HEREBY ORDERED:**

1. That Pursuant to Local Rules 7-11 and 79-5, the following documents shall be filed under seal:

Exhibit "C" attached to Plaintiff's Sur-reply Declaration in support of her Motion for Leave to File a Sur-Reply.

Dated: April 11 2013    By: _____
HONORABLE SAUNDRA. B. ARMSTRONG
UNITED STATES JUDGE OF NORTHERN
DISTRICT OF CALIFORNIA