1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612
4  Telephone:   949.851.3939
   Facsimile:    949.553.7547
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION
   SOLUTIONS, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KAMLESH BANGA,                        Case No. CV09-04867 SBA
                                          Related Case No. 4:08-cv-04147-SBA
12              Plaintiff,
                                          Hon. Saundra B. Armstrong
13        vs.
                                          **STIPULATION TO MODIFY CASE
14  EXPERIAN INFORMATION SOLUTIONS;       SCHEDULING ORDER**
    KOHL'S; FIRST USA, NA, and Does 1
15  through 10 inclusive.                 **[CIVIL L.R. 6-1; 6-2; 7-12]**

16              Defendants

17

18        Pursuant to Local Rule 6-2, Plaintiff Kamlesh ("Plaintiff") and Defendant Experian

19  Information Solutions, Inc. ("Experian"), (collectively, "the Parties"), by and through their

20  undersigned attorneys of record, hereby stipulate to modify the Court's Order for Pretrial

21  Preparation dated December 20, 2012 (Docket No. 22), to extend the discovery cut off deadline

22  of May 1, 2013, to allow for Plaintiff's deposition to be completed.

23        In March 2013, the Parties meet and conferred as to Plaintiff's deposition date.  On

24  March 27, 2013, Experian noticed Plaintiff's deposition for April 25, 2013.  On April 25, 2013,

25  Plaintiff's deposition commenced as noticed at 10:00 a.m.  During the deposition on April 25,

26  2013, Plaintiff became ill and the deposition could not be completed.  The Parties are requesting

27  until June 3, 2013 by which to complete Plaintiff's deposition.  The Parties have already mutually

28  agreed to May 31, 2013 as a date for Plaintiff's deposition to be completed.

IRI-50417v1

1    The Parties have not previously requested any time modifications from the Court.

2    Moreover, the Parties participated in Plaintiff's deposition on April 25, 2013 as properly noticed,

3    but Plaintiff became too ill to continue the deposition on April 25, 2013 and therefore the

4    deposition could not be completed. The Parties are not seeking to reschedule the other pretrial

5    deadlines.

6    As such, the Parties respectfully request an extension the of discovery deadline for the

7    sole purpose of completing Plaintiff's deposition.

8    IT IS SO STIPULATED.

9    Dated: April 30, 2013                          JONES DAY

10

11                                                  By: /s/ Katherine A. Klimkowski

12                                                      Katherine A. Klimkowski

13                                                  Attorneys for Defendant
                                                    EXPERIAN INFORMATION
14                                                  SOLUTIONS, INC.

15   Dated: April 30, 2013

16

17                                                  By: /s/ Kamlesh Banga
                                                        Kamlesh Banga
18
                                                    Pro Per Plaintiff
19

20

21

22   IT IS SO ORDERED.

23

24   Dated: ___5/3/13_____          _____
                                          SAUNDRA BROWN ARMSTRONG
25                                        SENIOR DISTRICT JUDGE

26

27

28

IRI-50417v1

- 2 -

STIPULATION TO MODIFY CASE
SCHEDULING ORDER
Case No. 4:08-cv-04147-SBA

## PROOF OF SERVICE

I, Sandra J. Wilson, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.

On **May 1, 2013**, I served a copy of the within document **STIPULATION TO MODIFY CASE SCHEDULING ORDER**

☒    by placing the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed as set forth below.

☒    by transmitting via the United States District Court's practice for collecting and processing electronic filings, where documents are electronically filed with the court.  The court's CM/ECF system generates a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF constitutes service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Kamlesh Banga
Post Office Box 6025
Vallejo, CA 94591
Email: kkbanga@gmail.com
*Plaintiff In Pro Per*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 1, 2013**, at Irvine, California.

/s/ *Sandra J. Wilson*
Sandra J. Wilson
An employee of Jones Day

IRI-50417v1

STIPULATION TO MODIFY CASE
SCHEDULING ORDER
Case No. CV09-04867 SBA

- 3 -

**Stipulations**

4:09-cv-04867-SBA Banga v.
Experian Information Solutions,
Inc.
ADRMOP,E-
Filing,ProSe,REFSET-
DMR,RELATE

### U.S. District Court

### California Northern District

**Notice of Electronic Filing**

The following transaction was entered by Klimkowski, Katherine on 5/1/2013 at 1:19 PM and filed on 5/1/2013
**Case Name:**          Banga v. Experian Information Solutions, Inc.
**Case Number:**        4:09-cv-04867-SBA
**Filer:**              Experian Information Solutions, Inc.
**Document Number:** 60

**Docket Text:**
**STIPULATION WITH PROPOSED ORDER *TO MODIFY CASE SCHEDULING ORDER* filed by
Experian Information Solutions, Inc.. (Attachments: # (1) Proposed Order)(Klimkowski, Katherine)
(Filed on 5/1/2013)**

**4:09-cv-04867-SBA Notice has been electronically mailed to:**

Eric John Hardeman     ejhardeman@jonesday.com, lsandoval@bkcglaw.com

Katherine Anne Klimkowski     kaklimkowski@jonesday.com, ECFIrvineNotifications@jonesday.com,
sjwilson@jonesday.com

**4:09-cv-04867-SBA Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Stipulation.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/1/2013] [FileNumber=9585850-0] [
637481c1ed2605d5bcd9889f7e07df2bb5ed1a201d4efa27c299be461671b2d0863de6
52e032e1182b8dcc9969fb0efd65bdef5dc9ab4d6e488c026ea20ac423]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/1/2013] [FileNumber=9585850-1] [
7a640f03e2a3e3e211bbdfa2e7141bfe860b97462a01b562d7578ea541e9061f004b81
d6084c911344f870c81a216fc9945ed623c3178da2560d31564411703a]]