Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: 949.851.3939
Facsimile: 949.553.7547

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>   Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHL'S; FIRST USA, NA, and Does 1 through 10 inclusive.<br><br>   Defendants | Case No. CV09-04867 SBA<br>Related Case No. 4:08-cv-04147-SBA<br><br>Hon. Saundra B. Armstrong<br><br>**STIPULATION TO MODIFY CASE SCHEDULING ORDER**<br><br>**[CIVIL L.R. 6-1; 6-2; 7-12]** |

Pursuant to Local Rule 6-2, Plaintiff Kamlesh ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), (collectively, "the Parties"), by and through their undersigned attorneys of record, hereby stipulate to modify the Court's Order for Pretrial Preparation dated December 20, 2012 (Docket No. 22), to extend the discovery cut off deadline of May 1, 2013, to allow for Plaintiff's deposition to be completed.

In March 2013, the Parties meet and conferred as to Plaintiff's deposition date. On March 27, 2013, Experian noticed Plaintiff's deposition for April 25, 2013. On April 25, 2013, Plaintiff's deposition commenced as noticed at 10:00 a.m. During the deposition on April 25, 2013, Plaintiff became ill and the deposition could not be completed. The Parties are requesting until June 3, 2013 by which to complete Plaintiff's deposition. The Parties have already mutually agreed to May 31, 2013 as a date for Plaintiff's deposition to be completed.

IRI-50417v1

The Parties have not previously requested any time modifications from the Court. Moreover, the Parties participated in Plaintiff's deposition on April 25, 2013 as properly noticed, but Plaintiff became too ill to continue the deposition on April 25, 2013 and therefore the deposition could not be completed. The Parties are not seeking to reschedule the other pretrial deadlines.

As such, the Parties respectfully request an extension the of discovery deadline for the sole purpose of completing Plaintiff's deposition.

IT IS SO STIPULATED.

Dated: April 30, 2013             JONES DAY


                                  By: /s/ Katherine A. Klimkowski
                                      Katherine A. Klimkowski

                                  Attorneys for Defendant
                                  EXPERIAN INFORMATION
                                  SOLUTIONS, INC.


Dated: April 30, 2013

                                  By: /s/ Kamlesh Banga
                                      Kamlesh Banga

                                  Pro Per Plaintiff


IT IS SO ORDERED.

Dated: 5/3/13                     _____
                                  SAUNDRA BROWN ARMSTRONG
                                  SENIOR DISTRICT JUDGE

IRI-50417v1

- 2 -

STIPULATION TO MODIFY CASE
SCHEDULING ORDER
Case No. 4:08-cv-04147-SBA

# PROOF OF SERVICE

I, Sandra J. Wilson, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408.

On **May 1, 2013**, I served a copy of the within document **STIPULATION TO MODIFY CASE SCHEDULING ORDER**

☒ by placing the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed as set forth below.

☒ by transmitting via the United States District Court's practice for collecting and processing electronic filings, where documents are electronically filed with the court. The court's CM/ECF system generates a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF constitutes service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Kamlesh Banga
Post Office Box 6025
Vallejo, CA 94591
Email: kkbanga@gmail.com
*Plaintiff In Pro Per*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 1, 2013**, at Irvine, California.

*/s/ Sandra J. Wilson*
Sandra J. Wilson
An employee of Jones Day

IRI-50417v1

- 3 -

STIPULATION TO MODIFY CASE
SCHEDULING ORDER
Case No. CV09-04867 SBA

**Stipulations**

4:09-cv-04867-SBA Banga v. Experian Information Solutions, Inc.
ADRMOP,E-Filing,ProSe,REFSET-DMR,RELATE

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered by Klimkowski, Katherine on 5/1/2013 at 1:19 PM and filed on 5/1/2013
**Case Name:** Banga v. Experian Information Solutions, Inc.
**Case Number:** 4:09-cv-04867-SBA
**Filer:** Experian Information Solutions, Inc.
**Document Number:** 60

**Docket Text:**
**STIPULATION WITH PROPOSED ORDER** *TO MODIFY CASE SCHEDULING ORDER* **filed by Experian Information Solutions, Inc.. (Attachments: # (1) Proposed Order)(Klimkowski, Katherine) (Filed on 5/1/2013)**

**4:09-cv-04867-SBA Notice has been electronically mailed to:**

Eric John Hardeman    ejhardeman@jonesday.com, lsandoval@bkcglaw.com

Katherine Anne Klimkowski    kaklimkowski@jonesday.com, ECFIrvineNotifications@jonesday.com, sjwilson@jonesday.com

**4:09-cv-04867-SBA Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Stipulation.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/1/2013] [FileNumber=9585850-0] [637481c1ed2605d5bcd9889f7e07df2bb5ed1a201d4efa27c299be461671b2d0863de652e032e1182b8dcc9969fb0efd65bdef5dc9ab4d6e488c026ea20ac423]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/1/2013] [FileNumber=9585850-1] [7a640f03e2a3e3e211bbdfa2e7141bfe860b97462a01b562d7578ea541e9061f004b81d6084c911344f870c81a216fc9945ed623c3178da2560d31564411703a]]