UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>   Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 inclusive,<br><br>   Defendants. | Case No: C 09-04867 SBA<br><br>**ORDER**<br><br>Docket 61 |

The parties are presently before the Court on Defendant's motion to extend discovery cut-off date and dispositive motion cut-off date. Dkt. 61. Plaintiff does not oppose the motion. Having read and considered the papers filed in connection with this matter and being fully informed, the Court finds that good cause exists to modify the pretrial scheduling order. The parties shall have until June 14, 2013 to complete fact discovery. All dispositive motions shall be heard on or before July 30, 2013. The last day to file a dispositive motion is July 2, 2013. A response shall be filed by July 16, 2013. A reply shall be filed by July 23, 2013. The parties are ordered to participate in a mandatory settlement conference between August 5, 2013 and August 16, 2013 before a magistrate judge. This Order terminates Docket 61.

   IT IS SO ORDERED.

Dated: 5/10/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. et al,

        Defendant.
_____/

Case Number: CV09-04867 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: May 10, 2013

        Richard W. Wieking, Clerk

             By: Lisa Clark, Deputy Clerk