1 | Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
2 | JONES DAY
3161 Michelson Drive, Suite 800
3 | Irvine, CA 92612
Telephone: (949) 851-3939
4 | Facsimile: (949) 553-7547

5 | Attorney for Defendant
EXPERIAN INFORMATION
6 | SOLUTIONS, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | KAMLESH BANGA,                    Case No. 4:09-CV-04867 SBA (JCS)

12 |         Plaintiff,                Magistrate Judge Joseph C. Spero

13 |     vs.

14 | EXPERIAN INFORMATION            **[PROPOSED] ORDER GRANTING**
SOLUTIONS, INC., and Does 1 through  **STIPULATED PROTECTIVE ORDER**
15 | 10 inclusive,

16 |         Defendants.

17

18

19 | IT IS HEREBY ORDERED that the Stipulated Protective Order is GRANTED.

20

21 | Dated: 06/07/13

22 | HON. _____
United States District Court Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

IRI-50057v1