1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612
   Telephone:   (949) 851-3939
4  Facsimile:    (949) 553-7547

5  Attorney for Defendant
   EXPERIAN INFORMATION
6  SOLUTIONS, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KAMLESH BANGA,                          Case No. 4:09-CV-04867 SBA (JCS)

12            Plaintiff,                     Magistrate Judge Joseph C. Spero

13        vs.
                                            **[PROPOSED] ORDER GRANTING**
14  EXPERIAN INFORMATION                    **STIPULATED PROTECTIVE ORDER**
    SOLUTIONS, INC., and Does 1 through
15  10 inclusive,

16            Defendants.

17

18

19        IT IS HEREBY ORDERED that the Stipulated Protective Order is GRANTED.

20

21  Dated: ___06/07/13_____

22  HON. JOSEPH
    United States _____ Magistrate Judge
23

24

25

26

27

28

IRI-50057v1

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*