UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No: C 09-04867 SBA<br><br>**ORDER** |

On May 10, 2013, the Court issued an Order directing the parties to participate in a mandatory settlement conference between August 5, 2013 and August 16, 2013, before a magistrate judge. Dkt. 65. The matter was referred to Magistrate Judge Donna Ryu, who previously scheduled the settlement conference for July 26, 2013. Dkt. 30. Accordingly,

IT IS HEREBY ORDERED THAT the Court's Order, filed May 10, 2013, Dkt. 65, is amended to indicate that the parties are to participate in a mandatory settlement conference between July 26, 2013, and August 16, 2013.

IT IS SO ORDERED.

Dated: 7/18/13

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge