1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612
4  Telephone:   (949) 851-3939
   Facsimile:    (949)553-7547
5
   Attorney for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KAMLESH BANGA,                              Case No. CV09-04867 SBA
                                                Related Case No. 4:08-cv-04147
12             Plaintiff,
                                                Hon. Saundra B. Armstrong
13        v.
                                                **ORDER GRANTING
14  EXPERIAN INFORMATION SOLUTIONS,             ADMINISTRATIVE MOTION TO
    INC., and Does 1 through 10 inclusive.     FILE DOCUMENTS UNDER SEAL**
15
               Defendants
16

17

18

19         IT IS SO ORDERED that relevant portions of Plaintiff Kamlesh Banga's ("Plaintiff")

20  Deposition Testimony from April 25, 2013 and May 31, 2013, which are attached as Exhibit B to

21  the Declaration of Katherine A. Klimkowski filed in Support of Experian Information Solutions,

22  Inc.'s Motion for Summary Judgment, and  Experian Administrative Reports which are attached

23  as Exhibits 1, 2, 3, 4, 5, 6, 7 and 8 to the Declaration of Kathy Centanni in Support of Experian

24  Information Solutions Inc.'s Motion for Summary Judgment, be removed from the public record

25  and filed under seal pursuant to the Stipulated Protective Order and local rule 79-5.  *See* Docket

26  Entry No's. 87 and 89, respectively.

27

28

1 | IT IS SO ORDERED.

3 | Dated: __8/1/13

*Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
United States Senior District Judge

- 2 -  ORDER FILE UNDER SEAL
Case No. CV09-04867 SBA