UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No:  C 09-04867 SBA<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED THAT the mandatory settlement conference, pretrial conference, and trial dates are VACATED.  The Court will reschedule, if necessary, the time period to complete the mandatory settlement conference, the pretrial conference date, the pretrial preparation deadlines, and the trial date following the resolution of Defendant's motion for summary judgment.  Dkt. 91.

　　　IT IS FURTHER ORDERED THAT a Case Management Conference is scheduled for **October 17, 2013 at 3:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

　　　IT IS SO ORDERED.

Dated:  8/15/2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge