Kamlesh Banga
P. O. Box 5656
Vallejo, CA 94591

Plaintiff in Pro Per
(707) 342-1692

RECEIVED
JUL 3 0 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, AND DOES 1 through 10 inclusive.<br><br>　　　　　　　Defendants | CASE NO.: 4:09-cv-4867 - SBA<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE SELECTED DOCUMENTS UNDER SEAL<br><br>Continued Hearing: August 20, 2013<br>Time:　　　　　　1:00 p.m.<br>Courtroom:　　　1, 4th Floor<br><br>Hon. Judge Saundra Brown Armstrong |

///
///
///
///
///
///
///

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

That, pursuant to Local Rules 7-11 and 79-5, and the Stipulated Protective Order signed on June 7, 2013, the following documents shall be filed under seal:

Exhibits "C through M attached to Plaintiff's Declaration filed in Support of her Opposition to Experian Information Solutions' Motion for Summary Judgment.

**IT IS SO ORDERED**.

Dated: September 24, 2013

By: *Saundra B Armstrong*
The Honorable Saundra B. Armstrong
United States District Court Judge