UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No: C 09-04867 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order on Experian Information Solutions, Inc.'s motion for summary judgment (Dkt. 122), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Experian Information Solutions, Inc. and against Plaintiff Kamlesh Banga.

IT IS SO ORDERED.

Dated: 10/11/2013

SAUNDRA BROWN ARMSTRONG
United States District Judge